PILLSBURY WINTHROP SHAW PITTMAN LLP
Michael J. Kass (Cal. State Bar No. 148822)
50 Fremont Street
San Francisco, CA  94105-2228
Telephone: (415) 983-1000
Facsimile: (415) 983-1200

PILLSBURY WINTHROP SHAW PITTMAN LLP
Douglas R. Tribble (Cal. State Bar No. 116868)
501 W. Broadway, Suite 1100
San Diego, CA  92101-3575
Telephone: (619) 234-5000
Facsimile: (619) 236-1995

Attorneys for Defendants
Dynegy Inc. and Dynegy Marketing and Trade

ALAN J. MANDEL, LTD.
Alan J. Mandel (Illinois ARDC No. 6188248)
7520 Skokie Boulevard
Skokie, Illinois 60077
Telephone: (847) 329-8450
Facsimile: (847) 329-8453
Email:  alan@mandelaw.net

Counsel for Plaintiff Multiut Corporation

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: WESTERN STATES WHOLESALE NATURAL GAS ANTITRUST LITIGATION, | MDL 1566<br>CV-S-03-1431-PMP (PAL)<br>BASE FILE |
| MULTIUT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DYNEGY, INC.; DYNEGY MARKETING AND TRADE<br><br>Defendants. | This Document Relates Only To:<br>Case No.:  CV-S-05-1300-PMP (PAL)<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER |

1    IT IS HEREBY STIPULATED, by and between the parties to this action, plaintiff
2 Multiut Corporation and defendants Dynegy Inc. and Dynegy Marketing and Trade,
3 through their designated counsel that the action, *Multiut Corp. v. Dynegy Inc.; Dynegy*
4 *Marketing and Trade,* Case No.: CV-S-05-1300-PMP (PAL), be and hereby is **dismissed**
5 **with prejudice** pursuant to Federal Rules of Civil Procedure 41(a)(1).

\* \* \*

7    Michael J. Kass, as signatory hereto, attests that the other party on behalf of whom
8 this filing is made has agreed to affix his signature to this filing.

9 Dated: January 23, 2011          PILLSBURY WINTHROP SHAW PITTMAN LLP

11                          By:  *//s// Michael J. Kass*
                                   Michael J. Kass
12                                 50 Fremont St.
                                   San Francisco, CA  94105

                            Attorneys for Defendants Dynegy Inc. and Dynegy
14                          Marketing and Trade

15 Dated: January 23, 2011          ALAN J. MANDEL, LTD.

18                          By:  *//s// Alan J. Mandel*
                                   Alan J. Mandel
                                   7520 Skokie Boulevard
19                                 Skokie, Illinois 60077

20                          Counsel for Plaintiff Multiut Corporation

23    **IT IS SO ORDERED.**

26 Dated: _____     _____
                                   The Honorable Philip M. Pro
27                                 U.S. DISTRICT COURT JUDGE

703461545v1                - 2 -          STIPULATION OF DISMISSAL WITH PREJUDICE
                                          AND PROPOSED ORDER
                                          MDL 1566 CV-S-05-1300-PMP (PAL)

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2012, a true and correct copy of **STIPULATION OF DISMISSAL WITH PREJUDICE AND PROPOSED ORDER** was electronically transmitted to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to all ECF registrants in this case.

          *//s// Michael J. Kass*
          Michael J. Kass